4:19-cv-03111-RFR-SMB   Doc # 1-1   Filed: 12/02/19   Page 1 of 1 - Page ID # 6

| Employee Name |
| --- |
| Balderas, Ivana |
| Beck, Hannah |
| Chen, A Quing |
| Chen, Fen Wei |
| Chen, Teng |
| Craig, Nathan |
| David, Dwayne |
| Gleason, Crystal |
| Jakoby, Kimberly |
| Lewandowski, Laurin |
| Li, Jun |
| Lin, Da |
| Lin, Yu Di |
| Matson, Sarah |
| Pierre, Zach |
| Rivas, Faith |
| Schnitzier, Tyler |
| Stout, Mary |
| Summers, Cody S |
| Sun, Jian Chang |
| Theis, Nick |
| Wu, Ai Mei |
| Wu, Bao C |
| Xin Yi, Yang |
| Zhang, Liuqing |
| Zheng, Mei Fang |