IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILTON AL STEWART,[1]<br>ACTING SECRETARY OF LABOR<br>UNITED STATES DEPARTMENT<br>OF LABOR,<br><br>    Plaintiff,<br><br>v.<br><br>BUSHIDO, INC. d/b/a KYOTO<br>STEAKHOUSE, and<br>GUANGCHUN (JOHN) LI, individually,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 4:19-cv-3111 |

## SATISFACTION OF MONETARY PORTION OF JUDGMENT AND CERTIFICATE OF PAYMENT

COMES NOW, pursuant to the Judgment entered in this case on December 23, 2020, Defendants were ordered to pay $65,000 in back wages and liquidated damages. Defendants have satisfied the monetary portion of the Judgment ordered against them. Plaintiff acknowledges receipt of full payment from Defendants.

WHEREFORE, Plaintiff states that the monetary portion of the Judgment against Defendants is hereby satisfied in its entirety. Plaintiff moves the Court to enter this satisfaction of record.

Respectfully submitted,

Stanley E. Keen
Deputy Solicitor for National Operations

Christine Z. Heri
Regional Solicitor

---

[1] This action was commenced in the name of Eugene Scalia, Secretary of the Department of Labor. Mr. Scalia is now the former Secretary of Labor and Milton Al Stewart is now the Acting Secretary. Therefore, Mr. Stewart is being automatically substituted for Mr. Scalia as the Plaintiff, pursuant to FED. R. CIV.P. 25(d), and the caption of this action is amended accordingly.

        Evert H. Van Wijk
        Associate Regional Solicitor

        s/ Elaine M. Smith
        Elaine M. Smith
        Trial Attorney
        MO Bar #69352

        2300 Main Street, Suite 1020
        Kansas City, MO 64108
        (816) 285-7260
        (816) 285-7287 (fax)
        smith.elaine.m@dol.gov

        U.S. Department of Labor
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2021, I electronically filed the foregoing *SATISFACTION OF MONETARY PORTION OF JUDGMENT AND CERTIFICATE OF PAYMENT* with the Clerk of the Court using the CM/ECF system. Copies of this filing were sent by electronic mail to the following:

Daniel Ng
Kwan & Ng LLC
56 St. James Place
New York, NY 10038
212-966-1818
212-226-0615 (fax)
tax@danielcpas.com

*Attorney for Defendants*

        s/ Elaine M. Smith